UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLARENCE D. JOHNSON, JR., et al.,

                Plaintiffs,

-against-

EPA CANADA, et al.,

                Defendants.

1:22-CV-5884 (LTS)

ORDER DIRECTING PAYMENT OF FEES OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff Clarence D. Johnson, Jr. brings this action *pro se*. To proceed with a civil action in this court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* ("IFP") application. *See* 28 U.S.C. §§ 1914, 1915.

      Plaintiff Johnson submitted the complaint without the fees to bring this action or an IFP application. Within 30 days of the date of this order, Plaintiff Johnson must either pay the $402.00 in fees or complete, sign, and submit the attached IFP application. If Plaintiff Johnson submits the IFP application, it should be labeled with docket number 1:22-CV-5884 (LTS). If the Court grants the IFP application, Plaintiff Johnson will be permitted to proceed without prepayment of fees. *See* § 1915(a)(1).

      No summons shall issue at this time. If Plaintiff Johnson complies with this order, this action shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff Johnson fails to comply with this order within the time allowed, the Court will dismiss this action.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 12, 2022
         New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                    Chief United States District Judge