UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEHEMIAH H+G CONSTRUCTION;<br>CLARENCE D. JOHNSON, JR.,<br><br>         Plaintiffs,<br><br>  -against-<br><br>EPA CANADA, ET AL.,<br><br>         Defendants. | 22-CV-5884 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the September 28, 2022, and June 28, 2023, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: June 28, 2023
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                Chief United States District Judge